Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Robert J. Howard*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC. and CAPITAL ONE, <br><br> Defendants. | Case No.: 2:15-cv-02344-RFB-PAL <br><br> **FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A.** |

**JOINT STATUS REPORT**

The dispute between Plaintiff Robert J. Howard ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged copies of an approved settlement agreement and are waiting for settlement funds to be dispersed. The Parties anticipate filing dismissal documents as to BANA within 30 days. The Parties requests that all pending dates and filing requirements as to Plaintiff and BANA continue to be vacated and that the Court set a deadline on or after April 20, 2016 for the Parties to file dismissal documents as to BANA.

DATED this 21st day of March 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/   Matthew I Knepper
Matthew I Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America N.A.*

IT IS ORDERED that the parties shall have until April 20, 2016, to file their stipulation to dismiss.

Dated: March 25, 2016

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 21, 2016, the foregoing FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT BANK OF AMERICA, N.A. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117