UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT J. HOWARD, | Case No. 2:15-cv-02344-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Experian Information Solutions, Inc. (Dkt. #32).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services shall have until **August 1, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 7th day of June, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1