Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Robert J. Howard*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. HOWARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC. and CAPITAL ONE,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02344-RFB-PAL<br><br>**FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

# JOINT STATUS REPORT

The dispute between Plaintiff Robert J. Howard ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged copies of an approved settlement agreement and are waiting for a fully executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before August 30, 2016.

DATED this 1st day of August 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/  V. R. Bohman
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED. The parties shall have until August 30, 2016, to file a stipulation for dismissal or a joint status report indicating when a stipulation shall be filed.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
Dated this 3rd day of August, 2016.