Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT J. HOWARD,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC. and CAPITAL ONE,<br><br>          Defendants. | Case No.: 2:15-cv-02344-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Robert J. Howard ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of August 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/  V. R. Bohman
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

DATED:   August 8, 2016   _____

_____  _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 5, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117